Circuit Court of Maryland
Go Back Now

**Case Information**

Court System: **Circuit Court for Baltimore City - Criminal System**
Case Number: **111126014**   Case Status: **CLOSED**
Status Date: **03/13/2012**
Tracking Number: **111001180474**   Complaint No: **3D5207**
District Case No: **0B02109821**
Filing Date: **05/06/2011**   Incident Date: **04/11/2011**

**Defendant Information**

Defendant Name: **JONES, KENNETH**
Race:**BLACK**          Sex: **MALE**
DOB:**05/06/1987**
Address:**103 22ND ST**
City: **BALTIMORE**   State: **MD**   Zip Code: **21218**

ALIAS: **JONES, KENNETH JR**
Address:**DEF**

**Charge and Disposition Information**

(Each Charge is listed separately. The disposition is listed below the Charge)

Charge No:        **1**
CJIS/Traffic Code: **2 0910**
Description:       **ATT 1ST DEG. MURDER**
Disposition:       **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

Charge No:        **2**
CJIS/Traffic Code: **2 0920**
Description:       **ATT 2ND DEG MURDER**
Disposition:       **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

Charge No:        **3**
CJIS/Traffic Code: **1 1420**
Description:       **ASSAULT-FIRST DEGREE**
Disposition:       **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

Charge No:        **4**
CJIS/Traffic Code: **1 1415**
Description:       **ASSAULT-SEC DEGREE**
Disposition:       **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

Charge No:        **5**
CJIS/Traffic Code: **1 5299**
Description:       **HANDGUN: USE IN COMMITTING CRIME**
Disposition:       **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

Charge No:        **6**
CJIS/Traffic Code: **1 5212**

Description: **HANDGUN ON PERSON: CARRY/WEAR**
Plea: **GUILTY**  Plea Date: **03/13/2012**
Disposition: **SENTENCED**
Disposition Date: **03/13/2012**
Verdict: **GUILTY**  Verdict Date: **03/13/2012**

Sentence Starts: **04/11/2011**   Sentence Date: **03/13/2012**
Sentence Time: Yrs: **03**  Mos: **00**  Days: **00**  Confinement : **NC**

---

Charge No: **7**
CJIS/Traffic Code: **1 1425**
Description: **RECKLESS ENDANGERMENT**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

---

Charge No: **8**
CJIS/Traffic Code: **1 2801**
Description: **PISTOL-STOLEN/SELL ETC**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

---

Charge No: **9**
CJIS/Traffic Code: **9 0030**
Description: **SHOOT & DISCHARGE UNK CALB HG**
Disposition: **CLOSED - JEOPARDY OR OTHER CONVICTION**
Disposition Date: **03/13/2012**

---

**Related Person Information**

Name: **COHEN, ALAN**
Connection: **DEFENSE ATTORNEY**
Address: **200 E LEXINGTON ST #1305**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name: **KNIGHT, JASON**
Connection: **ASST STATES ATTORNEY**
Address: **STATE'S ATTORNEYS OFFICE**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name: **O'HARA, KATIE**
Connection: **ASST STATES ATTORNEY**
Address: **120 E BALTIMORE ST #1049**
City: **BALTIMORE**  State: **MD**  Zip Code: **21202**

Name: **WADE, CHRISTOPHE A**
Connection: **POLICE OFFICER**

Name: **GIALAMAS, MARINOS N**
Connection: **POLICE OFFICER**

Name: **MILLER, SEAN D**
Connection: **POLICE OFFICER**

Name: **TINSLEY, LATOSHA N**
Connection: **POLICE OFFICER**

Name: **NEGRON, PORFIRIO**
Connection: **POLICE OFFICER**

Name: **HAYES, DONALD J**
Connection: **POLICE OFFICER**

Address: **SOUTHERN DISTRICT**

Name: **MAYS, STEPHEN R**
Connection: **POLICE OFFICER**

Name: **KIENLE, KEITH T**
Connection: **POLICE OFFICER**

Name: **SAILOR, AUSTIN L**
Connection: **POLICE OFFICER**

Name: **ZIENTEK, JOSEPH M**
Connection: **POLICE OFFICER**

Name: **TIEDEMANN, KEITH M**
Connection: **POLICE OFFICER**

Name: **JOHNSON, MARCUS C**
Connection: **POLICE OFFICER**

Name: **HARRIS, KARL V**
Connection: **POLICE OFFICER**
Address: **DET DIV LABORATORY SECT**

Name: **SANDERS, FRANKLIN JR**
Connection: **POLICE OFFICER**
Address: **DET DIV LABORATORY SECT**

Name: **TAYLOR, APRIL M**
Connection: **POLICE OFFICER**
Address: **DET DIV LABORATORY SECT**

Name: **PASAY, AMANDA L**
Connection: **POLICE OFFICER**
Address: **DET DIV LABORATORY SECT**

Event History Information

| Event | Date | Comment |
|---|---|---|
| CASI | 05/06/2011 | CASE ADDED THROUGH ON-LINE ON THIS DATE 20110510 |
| CCPH | 05/17/2011 | COMMITMENT PENDING HEARING-BAIL SET NONE |
| HCAL | 05/24/2011 | P26;0930;113 ;ARRG; ;CONT; ;FLETCHER-HILL, ;8E0 |
| FILE | 05/26/2011 | FILED ADF - COHEN, ALAN , ESQ 55376 |
| TRAK | 06/14/2011 | ASSIGNED TO TRACK A - 60 DAYS ON 06/14/2011 |
| HCAL | 06/14/2011 | P26;0930;113 ;RARR; ;TSET; ;WELCH, MARTIN P;8A2 |
| CVNS | 06/24/2011 | CERTIFICATION OF SERVICE OF VICTIM NOTIFICATION REQUEST |
| CVNS | 06/24/2011 | FORM AND VICTIM'S RIGHTS PAMPHLET |
| MOTE | 08/04/2011 | ENTRY OF APPEARANCE |
| MOTE | 08/04/2011 | STATE'S REQUEST FOR DISCOVERY |
| MOTE | 08/04/2011 | STATE'S DISCLOSURE |
| MOTE | 08/04/2011 | MOTION FOR JOINT TRIAL OF DEFENDANTS AND OFFENSES |
| MOTE | 08/04/2011 | NOTICE OF PLEA BARGAIN POLICY |
| HCAL | 08/25/2011 | P45;1100;434 ;JT ; ;POST;CC ;PETERS, CHARLES;8E3 |
| HWNO | 08/25/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 10/27/2011 | P45;1100;600 ;JT ; ;POST;NCA;HEARD, WANDA KE;8B7 |
| HWNO | 10/27/2011 | POSTPONEMENT FORM FILED; HICKS (MD RULE 4-271) NOT WAIVED |
| HCAL | 01/12/2012 | P45;1100;231 ;JT ; ;POST;PWU;COX, SYLVESTER ;8C6 |
| HCAL | 03/13/2012 | P45;0930;231 ;JT ;GP;JUDG; ;COX, SYLVESTER ;8C6 |
| CCAS | 03/13/2012 | CASE CLOSED - ALL COUNTS DISPOSED Q326 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.